apsummon 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Shelly Marie Ewert
Debtor

Chapter 7

Bankruptcy No. 23–00280

_____

Shelly Marie Ewert
Plaintiff

vs.

Adversary No. 23–09035

U.S. Department of Education
Nelnet
Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint, which is attached to this summons, with the Clerk of the Bankruptcy Court and serve a copy upon the plaintiff's attorney within **30** days after the date of issuance of this summons. The United States or an officer or agency thereof shall file a motion or answer to the complaint within **35** days.

| | |
|---|---|
| Address of the Clerk: | 111 Seventh Avenue SE, Box #15<br>Cedar Rapids, IA 52401–2101 |
| Attorney for Plaintiff: | Dustin Abraham Baker<br>Henkels & Baker, PC<br>2774 University Avenue<br>Suite G<br>Dubuque, IA 52001 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa J. Stapelman* (signature)

Deputy Clerk

Date of Issuance: July 5, 2023

apsummon 8/2022

23−09035

# CERTIFICATION OF SERVICE

I,_____ (name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature_____

        Print Name:    _____

        Business Address:    _____
                                          _____
                                          _____